6712.   MILLER *v.* MAYOR AND ALDERMEN OF MILLEDGEVILLE.

WADE, J.   1.   The evidence was sufficient to support the findings of the recorder.

2.   The remaining questions raised by the various assignments of error in the petition for certiorari are either without any substantial merit, under the repeated rulings of the Supreme Court and this court, or are settled adversely to the plaintiff in error by the ruling in *Berry* v. *Milledgeville,* ante, 326 (86 S. E. 744).

3.   The judge of the superior court did not err in declining to sanction the writ.                                    *Judgment affirmed.*

DECIDED NOVEMBER 5, 1915.

Petition for certiorari; from Baldwin superior court—Judge Park.   June 3, 1915.

*D. S. Sanford,* for plaintiff in error.

*Livingston Kenan,* contra.

6846.   TOLIVER *v.* MAYOR AND COUNCIL OF WRIGHTSVILLE.

WADE, J.   The act of 1902 (Acts 1902, p. 105) declares, as a condition precedent, that where one seeks to review the judgment of a municipal court, he shall file with the clerk of said court, and if there be no clerk, with the judge thereof, a bond (unless such defendant is unable from his poverty to give such bond) conditioned for the personal appearance of the defendant to abide the final order, judgment, etc., of the said court.   In this case it does not affirmatively appear in the petition for certiorari itself that the petitioner had filed a bond as required by the statute, acceptable to and approved by the clerk of the municipal court.   The recital therein that the petition for certiorari was presented "within 10 days from the date of trial, petitioner having complied with the requirements of law in such cases," states a conclusion only, and not the essential substantive facts.   The law requires either an affidavit in forma pauperis or a bond approved by the clerk, and it does not appear that either condition precedent was complied with, and therefore the judge of the superior court did not err in refusing the writ.   *Johns* v. *Tifton,* 122 *Ga.* 734 (50 S. E. 941) ; *Stallworth* v. *Macon,* 125 *Ga.* 250 (54 S. E. 142) ; *Veazey* v. *Crawfordville,* 126 *Ga.* 89 (54 S. E. 817) ; *Sims* v. *Atlanta,* 6 *Ga. App.* 802 (65 S. E. 841) ; *McDonald* v. *Ludowici,* 3 *Ga. App.* 654 (60 S. E. 337) ; *Simon* v. *Savannah,* 4 *Ga. App.* 171 (60 S. E. 1036) ; *Kendricks* v. *Millen,* 16 *Ga. App.* 273 (85 S. E. 264).                              *Judgment affirmed.*

DECIDED NOVEMBER 5, 1915.

Petition for certiorari; from Johnson superior court—Judge Kent.   July 26, 1915.

*Faircloth & Claxton,* for plaintiff in error.

*B. H. Moye,* contra.